Joseph J. Bobin, appellee, v. R. E. Ford, appellant. Gen. No. 33,811.

Opinion filed January 27, 1930.
Geo. D. Anthony, for appellant; John E. Wilson, of counsel. No appearance for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Jennie Cohen, appellee, v. Henry I. Saxton, appellant. Gen. No. 33,836.

Opinion filed January 27, 1930.
Edward A. McCarthy and Leesman, Roemer & Schnell, for appellant. Grossberg, Lyon & Brill, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

The Fair, appellee, v. Estate Stove Company, appellant. Gen. No. 33,718.

Opinion filed January 27, 1930.
Moses, Kennedy, Stein & Bachrach, for appellant; Hamilton Moses and Walter H. Moses, of counsel. Dent, Dobyns & Freeman, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

Stanley Pipal, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 33,752.

Opinion filed January 27, 1930. Rehearing denied February 10, 1930.
McCordic, Dent & Freeman, for appellant; Joseph O. McKiernan, of counsel. Joseph D. Ryan, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.